AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern   DISTRICT OF   Kentucky

**EXHIBIT AND WITNESS LIST**

USA
V.
TyronneWendell Mobley

Case Number:  5:22-mj-5322-MAS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Matthew A. Stinnett | Ron L. Walker, Jr. | Jeffrey A. Darling |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/15/2022 DH on Removal | Audio File | Samantha Howard |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | x | 9/15/2022 |  |  | WITNESS: Tyronne Mobley |
| x |  | 9/15/2022 |  |  | WITNESS: Amanda Michele, USPO Middle District of Tennessee |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages